ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONDELL BAKER,<br>Defendant. | CASE NO. 1:25-CR-00044-KES<br><br>STIPULATION AND ORDER TO SET SENTENCING<br><br>DATE: December 09, 2026<br>TIME: 9:30AM<br>COURT: Hon. Kirk E. Sherriff |

**JOINT STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Sentencing on December 09, 2026 in front of the Kirk E. Sherriff.

2. The Court informed the parties that it would be unable to hear the matter on December 14, 2026.

3. The Court indicated that December 9, 2026, was available to schedule sentencing.

4. The parties therefore agree and stipulate that the sentencing originally scheduled for December 14, 2026, should be set for December 9,2026,6 at 9:30 pm before the Honorable Kirk E. Sherriff.

5. Because this case involves a pending supervised release petition, no exclusion of time is

necessary.

IT IS SO STIPULATED.

///

///

Dated: November 19, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: November 19, 2026

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
RONDELL BAKER

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders that the sentencing in this matter be set on December 9, 2026, at 9:30am.

IT IS SO ORDERED.

Dated: November 19, 2026

UNITED STATES DISTRICT JUDGE